NUMBER 13-03-632-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

RALPH O. DOUGLAS,                                                       Appellant,

v.

LINDA E. PORTER AND MARCELYN CURRY,                       Appellees.
________________________________________________________

On appeal from the 129th District Court
of Harris County, Texas.
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant’s notice of appeal was filed in this cause on June 13, 2003. Upon
review of the documents on file, it appears that appellant is attempting to appeal the
Supreme Court of Texas’ denial of his petition for review. Further, it appears that in
addition to filing his notice of appeal with the Harris County District Clerk, appellant
also filed his notice of appeal with the United States District Court for the Southern
District of Texas. 
         The Court, having examined and fully considered the documents on file, is of
the opinion that the appeal is not properly before this Court and should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
 
                                                                        PER CURIAM

Opinion delivered and filed
this the 26th day of February, 2004